UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>PATRIOT TITLE COMPANY, INC.,  )<br>n/k/a PATRIOT TITLE, LLC, et al.,  )<br>)<br>Defendants.  ) | CAUSE NO.  1:04-cv-1176-VSS/SEB |

## JUDGMENT

Pursuant to the Entry on Summary Judgment entered this date, judgment is entered in favor of the plaintiff and against the defendants, jointly and severally, in the amount of $981,534.46.

SO ORDERED:   06/02/2005

_V. Sue Shields_
V. Sue Shields, Magistrate Judge

Copies to:

Timothy J. Abeska
Barnes & Thornburg
tim.abeska@btlaw.com

Walter E. Bravard
suite800law@aol.com  wbravard@aol.com

William A. Hahn
Barnes & Thornburg
william.hahn@btlaw.com